USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

NANCY JACOBS,

        Plaintiff,

-v-

MADISON REED, INC., MADISON REED COLOR BAR FLATIRON, MADISON REED COLOR BALL, LLC, MADISON REED COLOR BAR II, LLC,

        Defendants.

------------------------------------------------------------ X

1:20-cv-2624-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

This action was removed from the Supreme Court of the State of New York, Bronx County on March 27, 2020. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than April 10, 2020. Additionally, Plaintiff's counsel is directed to promptly file a notice of appearance in this case. Defendants are directed to serve a copy of this order on Plaintiff, and to retain proof of service.

        SO ORDERED.

Dated: March 31, 2020

                                                      GREGORY H. WOODS
                                                    United States District Judge