```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2020

-------------------------------------------------------------- X

NANCY JACOBS,

                Plaintiff,

                -v-

MADISON REED, INC., MADISON REED COLOR BAR FLATIRON, MADISON REED COLOR BALL, LLC, MADISON REED COLOR BAR II, LLC,

                Defendants.

-------------------------------------------------------------- X

1:20-cv-2624-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On April 10, 2020, Defendant Madison Reed Inc. filed a motion to Compel Arbitration. Dkt. No. 11. Plaintiff's opposition is due by April 28, 2020; and Defendant Madison Reed Inc.'s reply, if any, is due one week after the date of service of Plaintiff's opposition.

Plaintiff is directed to serve a copy of this order on all defendants unrepresented by counsel.

SO ORDERED

Dated: April 14, 2020

                                             _____
                                             GREGORY H. WOODS
                                             United States District Judge