```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
NANCY JACOBS,                                    :
                                                 :
                                                 :
                               Plaintiff,        :
                                                 :
              -v-                                :           1:20-cv-2624-GHW
                                                 :
MADISON REED, INC., MADISON REED                 :           ORDER
COLOR BAR FLATIRON, MADISON                      :
REED COLOR BALL, LLC, MADISON                    :
REED COLOR BAR II, LLC                           :
,                                                :
                                                 :
                               Defendants.       :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On April 10, 2020, Defendant Madison Reed Inc. filed a motion to Compel Arbitration and Dismiss. Dkt. No. 11. Four days later, the Court set a briefing schedule, giving Plaintiff until April 28, 2020 to file her opposition. *See* Dkt. No. 13. The day the opposition was due, the parties filed a proposed stipulation extending the deadline by which Plaintiff may file her opposition. *See* Dkt. No. 17.

The Court's Individual Rules are clear: All requests for adjournments or extensions of time must be made, absent an emergency, at least two business days prior to the original due date, and provide the reason for the current request. Individual Rule 1(E). The parties' agreement is insufficient to warrant the Court's extension of the briefing schedule. Because the parties' letter does not explore the reason for this late request, the Court is unable to conclude whether there is good cause to permit the extension.

However, Court presumes that Plaintiff is unprepared to file her opposition today, and will therefore extend the deadline by which she must file her opposition. Plaintiff's opposition is due no later than May 1, 2020. The remainder of the Court's briefing schedule remains in effect.

Plaintiff is directed to serve a copy of this order on all defendants unrepresented by counsel and to retain proof of service.

SO ORDERED

Dated: April 28, 2020

                                                  GREGORY H. WOODS
                                              United States District Judge