```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
NANCY JACOBS,                                    :
                                                 :
                                                 :
                    Plaintiff,                   :
                                                 :
          -v-                                    :        1:20-cv-2624-GHW
                                                 :
MADISON REED, INC., MADISON REED                 :        ORDER
COLOR BAR FLATIRON, MADISON                      :
REED COLOR BALL, LLC, MADISON                    :
REED COLOR BAR II, LLC                           :
,                                                :
                                                 :
                    Defendants.                  :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court understands from Plaintiff's April 30, 2020 letter that the parties have agreed to proceed to arbitration without the need for a Court order. Accordingly, Defendant's motion is DENIED as moot, and this action is STAYED pending resolution of the arbitration proceeding. The parties are directed to provide the Court with a status update by letter no later than November 2, 2020.

Plaintiff is directed to serve a copy of this order on all defendants unrepresented by counsel and to retain proof of service.

The Clerk of Court is directed to mark this case as stayed, and terminate the motion pending at Dkt. No. 14.

SO ORDERED

Dated: May 4, 2020

_____
GREGORY H. WOODS
United States District Judge